

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

DARRYL OATES, JR.,               §
                                 §
          Petitioner,            §
                                 §
VS.                              §    NO. 4:07-CV-131-A
                                 §
NATHANIEL QUARTERMAN, DIRECTOR,  §
TEXAS DEPARTMENT OF CRIMINAL     §
JUSTICE, INSTITUTIONAL DIVISION, §
                                 §
          Respondent.            §

O R D E R

Came on for consideration the above-captioned action wherein
Darryl Oates, Jr., is petitioner, and Nathaniel Quarterman,
Director, Texas Department of Criminal Justice, Institutional
Division, is respondent. This is a petition for writ of habeas
corpus filed pursuant to 28 U.S.C. § 2254. On April 3, 2008, the
United States Magistrate Judge issued his proposed findings,
conclusions, and recommendation ("proposed FC&R"), and ordered
that the parties file objections, if any, thereto by April 24,
2008. On April 14, 2008, petitioner filed a document entitled
"Memorandum of Law and Argument in Support of Petition's 2254:
Supplemental Brief." Petitioner filed no other objections, and
respondent has not made any further response.

In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a <u>de novo</u> determination of those portions of the proposed findings or recommendations to which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. <u>Battle v. United States Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987).

It is unclear if petitioner intended the above-reference Memorandum of Law to serve as his objections to the proposed FC&R. However, even construing the document as petitioner's objections, it is clear that his purported objections are not the kind contemplated by 28 U.S.C. § 636(b). Nothing in the text of petitioner's Memorandum of Law objects to, comments on, or complains of any particular portion of the magistrate judge's proposed FC&R. Instead, petitioner merely reurges his initial complaints regarding an illegal enhancement of sentence and ineffective assistance of counsel.

Therefore,

The court accepts the proposed FC&R of the Magistrate Judge,

and ORDERS that the petition in this action be, and is hereby, denied.

SIGNED May 13, 2008.

_____
JOHN McBRYDE
United States District Judge